FILED
CLERK, U.S. DISTRICT COURT

01/06/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIZET VIRAMONTES,<br><br>Defendant. | Case No.: 5:19-cr-00028-JGB-2<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CENTRAL  District of  CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)  information in the Pretrial Services Report and Recommendation

    (×)  information in the violation petition and report(s)

    (×)  the defendant's nonobjection to detention at this time

    ( )  other: _____

|   |   |   |
|---|---|---|
| 1 | | and/ or |
| 2 | B. ( ) | The defendant has not met his/her burden of establishing by clear and |
| 3 | | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 | | of any other person or the community if released under 18 U.S.C. |
| 5 | | § 3142(b) or (c).  This finding is based on the following: |
| 6 | | ( )   information in the Pretrial Services Report and Recommendation |
| 7 | | ( )   information in the violation petition and report(s) |
| 8 | | ( )   the defendant's nonobjection to detention at this time |
| 9 | | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 6, 2022

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE